cROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383 / FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAULA CHMIEL, individually;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Company; DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-1768-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[SECOND REQUEST]** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by ninety (90) days, up to and including Tuesday, January 16, 2024. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows:

### DISCOVERY COMPLETED

1. On November 16, 2022, the parties conducted an initial FRCP 26(f) conference.

2. On December 21, 2022, Plaintiff served written discovery on Defendant State Farm. State Farm's Responses are due on March 7, 2023.

126751147.1

3. On January 9, 2023, Plaintiff served her FRCP 26 Initial Disclosures. Plaintiff has supplemented their disclosures three times time, last on or about June 12, 2023.

4. On February 2, 2023, Defendant served its FRCP 26 Initial Disclosures. State Farm has provided two supplements to disclosures, the last served on or about April 18, 2023.

5. On March 6, 2023, Defendant served written discovery on Plaintiff Chmiel. Chmiel provided responses approximately May 2, 2023.

6. Defendants deposed Plaintiff Chmiel June 13, 2023.

7. Defendants deposed fact witness Brandin Erickson June 16, 2023.

## DISCOVERY REMAINING

1. The parties will continue participating in written discovery.

2. Defendant will collect Plaintiff's medical records.

3. Plaintiff will depose State Farm representatives.

4. Plaintiff will depose Defendant's FRCP 30(b)(6) witness(es).

5. The parties may depose any and all other witnesses garnered through discovery, potentially including treatment providers and claims adjusters.

6. The parties will designate expert witnesses and may conduct depositions of those expert witnesses.

7. Any and all remaining discovery required as permitted by the Federal Rules of Civil Procedure.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, the parties seek this extension solely for the purpose of allowing sufficient time to conduct discovery and to consider alternative dispute resolution prior to expert discovery.

The parties have been diligent in moving the case forward: participating in a reasonable amount of discovery, including exchanging their initial lists of witnesses and documents;

126751147.1                                                 2

1  propounding written discovery requests and preparing responses thereto; records procurement; and
2  preparing for Plaintiff's deposition.

3  Counsels for Plaintiff and Defendants have been discussing attending mediation in an
4  attempt to settle this matter. If settlement in mediation is unsuccessful the parties have discussed
5  submitting this matter to binding arbitration. Therefore, counsels are requesting this extension in an
6  attempt to resolve this matter without additional Court involvement.

7  <u>Extension or Modification of The Discovery Plan and Scheduling Order</u>.  LR 26-3 governs
8  modifications or extension of the Discovery Plan and Scheduling Order.  Any stipulation or motion
9  to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-
10 one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3.
11 This stipulation is made more than 21 days before the expiration of any deadlines.

12 This is the second request for extension of time in this matter. The parties respectfully submit
13 that the reasons set forth above constitute compelling reasons for the short extension.

14 The following is a list of the current discovery deadlines and the parties' proposed extended
15 deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | *Wednesday, October 18, 2023* | *Tuesday, January 16, 2024* |
| Deadline to Amend Pleadings or Add Parties | *Thursday, July 20, 2023* | *Wednesday, October 18, 2023* |
| Expert Disclosure pursuant to FRCP 26 (a)(2) | *Monday, August 21, 2023* | *Monday, November 20, 2023* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Monday, September 18, 2023* | *Monday, December 18, 2023* |
| Dispositive Motions | *Thursday, November 16, 2023* | *Wednesday, February 14, 2024* |



126751147.1                                    3

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Joint Pretrial Order | *Thursday, December 14, 2023* | *Wednesday, March 13, 2024*<br><br>*If dispositive motions are pending, then the parties will serve their Joint Pretrial Order within thirty days of the Court's order as to the parties' dispositive motions.* |

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety (90) days from the current deadline of October 18, 2023, up to and including January 16, 2024, and the other dates as outlined in accordance with the table above.

Dated this 17th day of July, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Frank A. Toddre, II*
Robert W. Freeman, Esq.
Nevada Bar No. 3062
FRANK A. TODDRE, II
Nevada Bar No. 11474
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for State Farm Mutual Automobile Insurance Company*

Dated this 17th day of July, 2023.

HICKS & BRASIER, PLLC.

*/s/ Alison M. Brasier*
Alison M. Brasier, Esq.
Nevada Bar No. 10522
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiff Paula Chmiel*

## **ORDER**

IT IS SO ORDERED.

DATED this __18th__ day of __July__, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

126751147.1

4